```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MATTHEW G. MORRIS
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA  95814
 4  (916) 554-2700
 5
 6
 7
 8                 IN THE UNITED STATES DISTRICT COURT
 9                    EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES,                ) Case: 2:12-cr-288-TLN
                                  )
12            Plaintiff,          )
                                  ) STIPULATION AND ORDER CONTINUING
13      v.                        ) STATUS CONFERENCE AND EXCLUDING TIME
                                  )
14  JASON B. SCARCELLO,           )
                                  )
15            Defendant.          )
                                  )
16  _____)
```

17      IT IS HEREBY STIPULATED by and between the parties hereto
18  through their respective counsel, MATTHEW MORRIS, Assistant United
19  States Attorney, attorney for Plaintiff, and MATTHEW SCOBLE, attorney
20  for JASON SCARCELLO, that the status conference hearing date of May
21  30, 2013 be vacated, and the matter be set for status conference on
22  August 1, 2013 at 9:30 a.m.
23      The reason for this continuance is to allow defense counsel
24  additional time to review discovery with the defendant, to examine
25  possible defenses and to continue investigating the facts of the
26  case.
27      Based upon the foregoing, the parties agree that the time under
28  the Speedy Trial Act should be excluded from the date of signing of

                                    1

this order through and including August 1, 2013 pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED: May 24, 2013                     Respectfully Submitted,

                                               BENJAMIN B. WAGNER
                                               United States Attorney

                                       by: /s/ Matthew G. Morris
                                           MATTHEW G. MORRIS
                                           Assistant U.S. Attorney


DATED: May 24, 2013                     HEATHER E. WILLIMAS
                                               Federal Defender

                                       by: /s/ Matthew Scoble
                                           MATTHEW SCOBLE
                                           Designated Counsel for Service
                                           Attorney for JASON SCARCELLO


**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the May 30, 2013, status conference hearing be continued to August 1, 2013, at 9:30 a.m. Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time up to and including the August

1, 2013 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated:   May 28, 2013

                              Troy L. Nunley
                              United States District Judge