HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW M. SCOBLE, #237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
Matthew_scoble@fd.org

Attorney for Defendant
JASON SCARCELLO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:12-cr-288 TLN |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER CONTINUING ) STATUS CONFERENCE AND EXCLUDING |
| vs. | ) TIME |
| JASON SCARCELLO, | ) Date: November 7, 2013 ) Time: 9:30 a.m. |
| Defendant. | ) Judge: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MATTHEW MORRIS, Assistant United States Attorney, attorney for Plaintiff, and MATTHEW SCOBLE, attorney for JASON SCARCELLO, that the status conference hearing date of September 26, 2013 be vacated, and the matter be set for status conference on November 7, 2013 at 9:30 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including November 7, 2013 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

/ / /

Dated: September 20, 2013

                                        HEATHER E. WILLIAMS
                                        Federal Defender

                                        */s/ MATTHEW M. SCOBLE*
                                        MATTHEW M. SCOBLE
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        JASON SCARCELLO

Dated: September 20, 2013           BENJAMIN B. WAGNER
                                        United States Attorney

                                        */s/ Matt M. Scoble for Matt Morris*
                                        MATT MORRIS
                                        Assistant U.S. Attorney

## **O R D E R**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the September 26, 2013, status conference hearing be continued to November 7, 2013, at 9:30 a.m. Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time up to and including the November 7, 2013 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: September 23, 2013

                                                          Troy L. Nunley
                                                        United States District Judge